of Oswego and Others.— Record as filed approved. Original exhibits may be filed, without printing, and treated as part of the record. Application for extension of time denied, without prejudice to a renewal thereof if necessary. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

Myles G. Kelly, Respondent, v. Elsie B. Doolittle, Appellant.— The order of the Appellate Division made October 8, 1937, dismissing the appeal in this action is vacated, and the appeal is reinstated, upon the condition that it shall be ready and argued at the term of this court commencing on the 11th day of January, 1938. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

Vito Meccia, Plaintiff, v. Edith M. Gray, Also Known as Edith M. O'Neil, Individually and as Executrix, etc., of Nellie Gray, Deceased, Defendant.— Motion by plaintiff to dismiss defendant's appeals denied, on condition that the appeals be brought on for argument at the term of this court commencing on the 11th day of January, 1938. Stay continued as to the appeal from the order of the Albany Special Term, on condition that these appeals be argued at the term of this court commencing January 11, 1938. Motion for stay of the order of Justice McNaught, granted August 24, 1937, denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

The People of the State of New York ex rel. Phil-Nat Realty Corp., Relator, v. Richard J. Lewis, Commissioner of Assessment and Taxation of the City of Albany, New York, and Others, Respondents. And Five Other Cases.— Ex parte orders, dated December 15, 1937, vacated, and returns are directed to be filed at the Sullivan County Special Term appointed to be held January 7, 1938, without costs. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; McNamee, J., dissents, with an opinion, and votes to deny the motions. [For opinion see People ex rel. Bensen v. Lewis, ante, p. 773.]

The People of the State of New York ex rel. William L. Visscher and Others, as Executors of Mame Palmer Visscher, Deceased, and William L. Visscher and Another, as Trustees under the Last Will and Testament of Mame Palmer Visscher, Deceased, Relators, v. Richard J. Lewis, Commissioner of Assessment and Taxation of the City of Albany, New York, and Others, Respondents. The People of the State of New York ex rel. City and County Savings Bank, Relator, v. Richard J. Lewis, Commissioner of Assessment and Taxation of the City of Albany, New York, and Others, Respondents.— Ex parte orders, dated December 15, 1937, vacated and returns are directed to be filed at the Sullivan County Special Term appointed to be held January 7, 1938, without costs. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; McNamee, J., dissents, with an opinion, and votes to deny the motions. [For opinion see People ex rel. Bensen v. Lewis, ante, p. 773.]

The People of the State of New York, Respondent, v. Nicholas Czechalenka, Appellant.— Appeal from a judgment convicting the defendant of manslaughter in the second degree, at the February, 1937, term of the County Court. The defendant was an inmate of the prison at Woodbourne in Sullivan county, serving a sentence for robbery in the second degree. On June 8, 1936, after unpleasant conversation with an inmate named Alexander Mazzachi, the defendant struck the latter's head with his fist with such force as to raise Mazzachi from the floor four or five inches, thereby knocking him down and causing his